**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE ASACOL ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All End-Payor Actions | Civil Action No. 1:15-cv-12730 (DJC) |

**JOINT STATUS REPORT**

As instructed at the August 8, 2016 Status Conference, and pursuant to the Court's electronic order dated August 8, 2016 (ECF No. 117), the Warner and Allergan Defendants and End-Payor Plaintiffs have met and conferred and submit this update on the issue of amending the Consolidated End-Payor Complaint.

The End-Payor Plaintiffs plan to file on Monday, August 15, 2016 a Second Consolidated Amended Complaint. The Second Consolidated Amended Complaint will drop those claims dismissed by the Court's Order on July 20, 2016 (ECF No. 110), but will include the two claims under Arizona and Nevada state law that were dismissed without prejudice. Plaintiffs plan to serve notice on the respective State Attorneys General of the Second Consolidated Amended Complaint, and, per the Court's Order, will plead compliance with each state's notice requirements.

The Warner and Allergan Defendants confirm that, in light of these minor amendments only to include Nevada and Arizona claims and to serve the State Attorneys General, no further motion to dismiss briefing on the Second Consolidated Amended Complaint is anticipated.

Dated: August 12, 2016

Respectfully submitted,

| | |
|---|---|
| /s/ Peter J. Carney<br>J. Mark Gidley (PHV)<br>Peter J. Carney (PHV)<br>Eileen M. Cole (PHV)<br>WHITE & CASE LLP<br>701 Thirteenth Street, NW<br>Washington, DC 20005<br>Telephone: (202) 626-3600<br>Facsimile: (202) 639-9355<br>mgidley@whitecase.com<br>pcarney@whitecase.com<br>ecole@whitecase.com | /s/ Nathaniel Orenstein<br>Glen DeValerio (BBO #122010)<br>Nathaniel Orenstein (BBO #664513)<br>BERMAN DEVALERIO<br>One Liberty Square<br>Boston, MA 02109<br>Tel: (617) 542-8300<br>Fax: (617) 542-1194<br>gdevalerio@bermandevalerio.com<br>norenstein@bermandevalerio.com |
| Jack E. Pace III (PHV)<br>Alison Hanstead (PHV)<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br>jpace@whitecase.com<br>ahanstead@whitecase.com | Todd A. Seaver (BBO #645874)<br>BERMAN DEVALERIO<br>One California Street, Suite 900 San Francisco, CA 94111<br>Tel: (415) 433-3200<br>Fax: (415) 433-6382<br>tseaver@bermandevalerio.com<br><br>*Liaison Counsel for the Proposed End-Payor Class* |
| Kevin C. Adam (BBO # 684955)<br>WHITE & CASE LLP<br>75 State Street, Floor 24<br>Boston, MA 02109<br>Telephone: (617) 979-9300<br>Facsimile: (617) 979-9301<br>kevin.adam@whitecase.com<br><br>*Counsel for Allergan plc, Allergan, Inc., Allergan USA, Inc., Allergan Sales, LLC, and Warner Chilcott Limited* | Tyler W. Hudson<br>Eric D. Barton<br>David Barclay<br>WAGSTAFF & CARTMELL, LLP<br>4740 Grand Avenue, Ste. 300<br>Kansas City, MO 64112<br>T: (816) 701-1100<br>F: (816) 531-2372<br>thudson@wagstaffcartmell.com<br>ebarton@wagstaffcartmell.com<br>dbarclay@wagstaffcartmell.com |
| /s/ Stephen G. Huggard<br>Stephen G. Huggard (BBO #622699)<br>Elizabeth H. Kelly (BBO #672277)<br>LOCKE LORD LLP<br>111 Huntington Avenue<br>Boston, MA 02199 | Kenneth A. Wexler<br>Bethany R. Turke<br>Justin N. Boley<br>Adam Prom<br>WEXLER WALLACE LLP<br>55 W. Monroe Street, Suite 3300 |

Telephone: (617) 239-0100
Facsimile: (617) 227-4420
stephen.huggard@lockelord.com
liz.kelly@lockelord.com

Randall A. Hack
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700
Facsimile: (312) 443-0336
rhack@lockelord.com

*Counsel for Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited*

Chicago, IL 60603
T: (312) 346-2222
kaw@wexlerwallace.com
brt@wexlerwallace.com
jnb@wexlerwallace.com
ap@wexlerwallace.com

*Interim Co-Lead Counsel for the Proposed End-Payor Class*

Daniel E. Gustafson
Karla M. Gluek
Michelle J. Looby
Joshua J. Rissman
GUSTAFSON GLUEK PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
T: (612) 333-8844
F: (612) 339-6622
dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

Jeffrey L Kodroff
William G. Caldes
John A. Macoretta
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
T: (215) 496-0300
F: (215) 496-6611
jkodroff@srkw-law.com
bcaldes@srkw-law.com
jmacoretta@srkw-law.com

Peter J. Mougey (FL #0191825)
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
T: (850) 435-7000
F: (850) 435-7020
pmougey@levinlaw.com

Jonathan D. Karmel
KARMEL LAW FIRM
221 N. LaSalle Street, Suite 1307
Chicago, IL 60601
T: (312) 641-2910
jon@karmellawfirm.com

Karen Hanson Riebel
Heidi M. Silton
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
khriebel@locklaw.com
hmsilton@locklaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 12, 2016.

                                               /s/ Peter J. Carney
                                               Peter J. Carney