IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| IN RE ASACOL ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Direct Purchaser Actions | Civil Action No. 1:15-cv-12730 (DJC) |
|---|---|

## [~~PROPOSED~~] ORDER

After consideration of the Defendants' Motion for Entry of Qualified Protective Order for Protected Health Information and all responses thereto, and having considered the arguments of counsel at a hearing before the Court on March 2, 2017, it is hereby ORDERED as follows:

1. The Qualified Protective Order for Protected Health Information attached hereto as Exhibit A, which was entered on June 24, 2016 (Dkt. No. 104) in the End-Payor Actions, is applicable and binding on all Parties to the Direct Purchaser Actions;

2. Nothing in this Order shall obligate any Party to produce protected health information and this Order is not intended to suggest that Direct Purchaser Plaintiffs possess any protected health information that is relevant or producible for any purpose;

3. Entry of this Order is without prejudice to any Party to the Direct Purchaser Actions seeking a modification of the Qualified Protective Order for Protected Health Information.

Dated: __March 7__, 2017

_Judith Gail Dein_
The Honorable Judith G. Dein
United States Magistrate Judge

1