UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ASACOL ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Civil Action No. 1:15-cv-12730 (DJC) |

STIPULATED SUPPLEMENTAL [PROPOSED] PROTECTIVE ORDER
FOR MATERIALS PRODUCED BY THIRD PARTIES VALEANT
PHARMACEUTICALS INTERNATIONAL, VALEANT PHARMACEUTICALS
INTERNATIONAL INC., SALIX PHARMACEUTICALS, INC.,
AND SALIX PHARMACEUTICALS, LTD.

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiffs and Defendants in the above-captioned litigation, as well as third parties Valeant Pharmaceuticals International, Valeant Pharmaceuticals International Inc., Salix Pharmaceuticals, Inc., and Salix Pharmaceuticals, Ltd. (collectively, "Valeant and Salix"), through their respective counsel, hereby propose that the terms and conditions of this Supplemental Protective Order govern the production and handling of information produced by Valeant and Salix in the above-captioned litigation. The Court finding that good cause exists for entry of a supplemental protective order in this matter to prevent unauthorized disclosure and use of Valeant's and Salix's trade secrets and other confidential information during and after the course of the litigation, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. **Existing Protective Order.** Except as an issue is specifically addressed by this Order, the existing Amended Stipulated Protective Order ("the Protective Order") in this matter, dated November 11, 2016 (Dkt. 204) governs the production, handling, use, and disposition of all documents, testimony, and other information produced by Valeant and Salix.

2. **Use in Court Proceedings**. If any Party intends to introduce information produced by Valeant and Salix in this matter and designated "Confidential" or "Highly Confidential" into evidence or otherwise use such material at trial or a hearing, that Party shall provide notice to all other Parties and Valeant and Salix fourteen (14) calendar days before such trial or hearing, and not oppose a request ~~to close the courtroom or~~ for other reasonable measures to protect the confidential nature of the "Confidential" or "Highly Confidential" information to be taken. The Parties and Valeant and Salix agree to meet and confer within seven (7) calendar days following any hearing or trial at which material designated "Confidential" or "Highly Confidential" by Valeant and Salix was used to discuss whether any document or portion of any document should retain its designated status. Any requests to retain the "Confidential" or "Highly Confidential" designation of all or a portion of the materials used in an open proceeding shall be filed within fourteen (14) calendar days following the proceeding or at such other time as ordered by the Court. Nothing in this provision shall be interpreted to suggest that a Receiving Party concedes that the designation of any information as "Confidential" or "Highly Confidential" is appropriate.

3. **Disclosure to Experts**. Disclosure of material designated "Confidential" or "Highly Confidential" by Valeant and Salix may be made to any expert or consultant (including all Non-Party personnel and support staff assisting such expert or consultant, but not the entity itself by which such expert or consultant and assisting personnel are employed) who is retained by or for the benefit of any of the Parties or Non-Parties in these Actions to assist counsel in these Actions (this category hereinafter referred to as "Experts"), provided that the Expert has executed a Declaration in the form annexed as "Exhibit A" to the Protective Order, and further provided that that the party wishing to make such disclosure identifies the Experts to counsel for

Valeant and Salix five (5) business days in advance of such disclosure; if an Expert has not been disclosed to the other parties in the litigation, Valeant and Salix will keep the identity of that Expert confidential and limit knowledge of any such Expert to their outside counsel involved in this case to Valeant and Salix.

4. **Violations**. The Court has jurisdiction to enforce this Order and to grant relief, as authorized by law or in equity, for any violations thereof.

SO ORDERED, this 7th day of July, 2017.

BY THE COURT:

*/s/ Denise J. Casper*
The Honorable Denise J. Casper
United States District Judge

3