UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ASACOL ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>Direct Purchaser Actions | Civil Action No. 1:15-cv-12730 (DJC) |

**DIRECT PURCHASER CLASS PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION FOR PURPOSES OF SETTLEMENT, APPOINTMENT
OF CLASS COUNSEL, PRELIMINARY APPROVAL OF PROPOSED
SETTLEMENT, APPROVAL OF THE FORM AND MANNER OF NOTICE
TO THE CLASS, AND SETTING THE FINAL SETTLEMENT SCHEDULE
AND DATE FOR A FAIRNESS HEARING**

Direct Purchaser Plaintiffs Ahold USA, Inc., Meijer, Inc. and Meijer Distribution, Inc.,

Rochester Drug Co-Operative, Inc., and Value Drug Company, the named plaintiffs in this

lawsuit (together "Direct Purchaser Plaintiffs"), by their class counsel ("Class Counsel"),

hereby move for an order pursuant to Fed. R. Civ. P. 23:

1.  Certifying for purposes of settlement the Direct Purchaser Settlement Class as

    proposed in the Settlement Agreement attached as Exhibit 1 to the Declaration of

    Lauren Barnes submitted herewith ("Barnes Declaration");

2.  Appointing interim class counsel Hagens Berman Sobol Shapiro LLP, Hilliard &

    Shadowen LLP, Faruqi & Faruqi LLP, and Garwin, Gerstein & Fisher LLP as Co-

    Lead Class Counsel for purposes of the settlement;

3.  Granting preliminary approval of a settlement of this action between Direct

    Purchaser Plaintiffs and Defendants Allergan, Plc (f/k/a/ Actavis, Plc), Allergan,

    Inc., Allergan USA, Inc., Allergan Sales, LLC, Warner Chilcott (US), LLD, and

Warner Chilcott Sales (US), LLC (together "Defendants").

4. Approving the proposed form and manner of notice to the Direct Purchaser
   Settlement Class and the plan of distribution;

5. Appointing KCC, LLC as Settlement Administrator;

6. Appointing The Huntington Bank as Escrow Agent; and

7. Authorizing a proposed schedule for completing the approval process.

Direct Purchaser Plaintiffs submit that the settlement represents a beneficial result to the
Direct Purchaser Settlement Class, providing a combined gross cash payment to the Class of
$15,000,000.00 in exchange for defined releases to Defendants and an agreement to dismiss
with prejudice the claims against them in this action.  Direct Purchaser Plaintiffs provide a more
complete description of the benefits of the settlement, and their negotiations, as well as the
particulars of the Settlement Agreement, in the supporting memorandum filed concurrently and
in Exhibits 1-9 attached to the Barnes Declaration.

By this motion, Direct Purchaser Plaintiffs also:

1. Submit for approval a proposed form of notice[1] including procedures for objecting to
   the settlement and plan for the notice to be sent by first-class mail to all Direct
   Purchaser Settlement Class members in compliance with Fed. R. Civ. P. 23.

2. Propose as the Settlement Administrator KCC, LLC;

3. Propose as the Escrow Agent for the settlement funds The Huntington National
   Bank;

4. Propose the following schedule for the provision of notice to Direct Purchaser
   Settlement Class members of the settlement, plan of allocation, including fees, costs,

---

[1] See Exhibit 9 to the Barnes Declaration.

and service awards for the Direct Purchaser Settlement Class representatives, Direct

Purchaser Settlement Class members' deadline to request exclusion from or object to

the settlement, and the holding of the hearing on final approval:

| | |
|---|---|
| Dissemination of Notice to the Class in the form and manner proposed | Within 7 days of entry of the Order preliminarily approving the Settlement |
| Submission of Class Counsel's Application for Costs and Expenses, and Application for Incentive Awards to the Class Representatives | No later than 14 days after the Dissemination of Notices to the Class and no later than 59 days before the date set for the Fairness Hearing |
| Deadline for Class members to request exclusion from the Direct Purchaser Settlement Class or object to the Settlement | No later than 35 days from the date on the Settlement Notice |
| Filing of Direct Purchaser Plaintiffs' motion for final approval of the Settlement | Within 24 days of the deadline for Class members to opt out or object to the Settlement and 14 days before the date set for the Fairness Hearing |
| Fairness Hearing | To be determined by the Court (no earlier than 14 days after the filing of the motion for final approval and no earlier than 80 days after the date of the Court's Order Preliminarily Approving Settlement) |

Defendants assent to this motion and the relief requested.

WHEREFORE, based on the foregoing, and for the reasons set forth in the

accompanying memorandum of law and Exhibits 1-9 attached to the Barnes Declaration, Direct

Purchaser Plaintiffs request this unopposed motion be granted and the proposed form of order

granting relief sought by this motion, annexed hereto, entered.


Dated: August 18, 2017

By: /s/ Lauren Guth Barnes
Thomas M. Sobol
Lauren Guth Barnes
Kiersten A. Taylor
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, Massachusetts  02142
Tel: 617-482-3700
Fax: 617-482-3003
tom@hbsslaw.com
lauren@hbsslaw.com
kierstent@hbsslaw.com

Bruce E. Gerstein
Joseph Opper
Dan Litvin
GARWIN GERSTEIN & FISHER LLP
88 Pine Street, 10th Floor
New York, NY 10005
Tel: (212) 398-0055
bgerstein@garwingerstein.com

Peter Kohn
Joseph T. Lukens
Neill W. Clark
FARUQI & FARUQI, LLP
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
Tel: (215) 277-5770
pkohn@faruqilaw.com
jlukens@faruqilaw.com
nclark@faruqilaw.com

Steve D. Shadowen
D. Sean Nation
Matthew C. Weiner
HILLIARD & SHADOWEN LLP
919 Congress Ave., Suite 1325
Austin, TX 78701
Tel: (512) 993-3070
steve@hilliardshadowenlaw.com
sean@hilliardshadowenlaw.com
matt@hilliardshadowenlaw.com

*Interim Co-Lead Counsel for the Proposed
Direct Purchaser Class*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system.  Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.


Dated: August 18, 2017                                   /s/ Lauren Guth Barnes
                                                         Lauren Guth Barnes