**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In Re: ASACOL ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL END-PAYOR ACTIONS | Civil Action No. 1:15-cv-12730 (DJC) |

**END-PAYOR PLAINTIFFS' MOTION
TO EXCLUDE THE TESTIMONY OF DR. BRUCE A. STROMBOM**

Plaintiffs Teamsters Union 25 Health Services & Insurance Plan, NECA-IBEW Welfare Trust Fund, Wisconsin Masons' Health Care Fund, and Minnesota Laborers Health and Welfare Fund (collectively "Plaintiffs"), individually and on behalf of all others similarly situated, hereby move pursuant to the Federal Rules of Evidence 702 and 403 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), to exclude the proposed expert testimony of Dr. Bruce A. Strombom in its entirety for the reasons set forth in the accompanying memorandum.

WHEREFORE, Plaintiffs respectfully request that this Court exclude the proposed expert testimony of Dr. Strombom in its entirety and provide such other and further relief as this Court deems appropriate.

| | |
|---|---|
| Dated: September 11, 2017 | Respectfully submitted,<br><br>*/s/ Nathaniel L. Orenstein*<br>Nathaniel L. Orenstein (BBO #664513)<br>**BERMAN TABACCO**<br>One Liberty Square<br>Boston, MA  02109<br>Tel: (617) 542-8300<br>Fax: (617) 542-1194<br>norenstein@bermantabacco.com |

Todd A. Seaver (645874)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 433-3200
Fax: (415) 433-6382
tseaver@bermantabacco.com

*Liaison Counsel for the Proposed End-Payor Class*

Tyler W. Hudson
Eric D. Barton
David Barclay
**WAGSTAFF & CARTMELL, LLP**
4740 Grand Avenue, Ste. 300
Kansas City, MO 64112
T: (816) 701-1100
F: (816) 531-2372
thudson@wagstaffcartmell.com
ebarton@wagstaffcartmell.com
dbarclay@wagstaffcartmell.com

Kenneth A. Wexler
Justin N. Boley
Tyler J. Story
**WEXLER WALLACE LLP**
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
T: (312) 346-2222
kaw@wexlerwallace.com
jnb@wexlerwallace.com
tjs@wexlerwallace.com

*Interim Co-Lead Counsel for the Proposed End-Payor Class*

Daniel E. Gustafson
Karla M. Gluek
Michelle J. Looby
Joshua J. Rissman

**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
T: (612) 333-8844
F: (612) 339-6622
dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

Jeffrey L Kodroff
William G. Caldes
John A. Macoretta
**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103
T:  (215) 496-0300
F:  (215) 496-6611
jkodroff@srkw-law.com
bcaldes@srkw-law.com
jmacoretta@srkw-law.com

Peter J. Mougey (FL #0191825)
**LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.**
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
T: (850) 435-7000
F: (850) 435-7020
pmougey@levinlaw.com

Jonathan D. Karmel
**KARMEL LAW FIRM**
221 N. LaSalle Street, Suite 1307
Chicago, IL 60601
T: (312) 641-2910
jon@karmellawfirm.com

Karen Hanson Riebel
Heidi M. Silton
Devona L. Wells
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

T: (612) 339-6900
F: (612) 339-0981
khriebel@locklaw.com
hmsilton@locklaw.com
dlwells@locklaw.com

William H. London
**FREED KANNER LONDON &
MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
T: (224) 632-4500
F: (224) 632-4521
blondon@fklmlaw.com

*Attorneys for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Nathaniel L. Orenstein, hereby certify that this document was electronically filed and served using the Court's ECF system on September 11, 2017.

>*/s/ Nathaniel L. Orenstein*
>Nathaniel L. Orenstein