# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: ASACOL ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL END-PAYOR ACTIONS | Civil Action No. 1:15-cv-12730 (DJC) |

## END-PAYOR PLAINTIFFS' NOTICE
## OF MANUAL FILING UNDER SEAL

End-Payor Plaintiffs hereby give notice that the documents listed below are being manually filed with the Court under seal pursuant to the Stipulated Protective Order (¶14) (ECF No. 204) entered on November 22, 2016:

- End-Payor Plaintiffs' Memorandum in Support of Motion to Exclude the Testimony of Dr. Bruce A. Strombom;

- Exhibit A to the End-Payor Plaintiffs' Memorandum in Support of Motion to Exclude the Testimony of Dr. Bruce A. Strombom; and

- Exhibit B to the End-Payor Plaintiffs' Memorandum in Support of Motion to Exclude the Testimony of Dr. Bruce A. Strombom.

Dated: September 11, 2017

Respectfully submitted,

*/s/ Nathaniel L. Orenstein*
Nathaniel L. Orenstein (BBO #664513)
**BERMAN TABACCO**
One Liberty Square
Boston, MA  02109
Tel: (617) 542-8300
Fax: (617) 542-1194
norenstein@bermantabacco.com

Todd A. Seaver
(645874)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 433-3200
Fax: (415) 433-6382
tseaver@bermantabacco.com

*Liaison Counsel for the Proposed End-Payor Class*

Tyler W. Hudson
Eric D. Barton
David Barclay
**WAGSTAFF & CARTMELL, LLP**
4740 Grand Avenue, Ste. 300
Kansas City, MO 64112
T: (816) 701-1100
F: (816) 531-2372
thudson@wagstaffcartmell.com
ebarton@wagstaffcartmell.com
dbarclay@wagstaffcartmell.com


Kenneth A. Wexler
Justin N. Boley
Tyler J. Story
**WEXLER WALLACE LLP**
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
T: (312) 346-2222
kaw@wexlerwallace.com
jnb@wexlerwallace.com
tjs@wexlerwallace.com


*Interim Co-Lead Counsel for the Proposed End-Payor Class*

Daniel E. Gustafson
Karla M. Gluek
Michelle J. Looby
Joshua J. Rissman
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600

Minneapolis, MN 55402  
T: (612) 333-8844  
F: (612) 339-6622  
dgustafson@gustafsongluek.com  
kgluek@gustafsongluek.com  
mlooby@gustafsongluek.com  
jrissman@gustafsongluek.com  

Jeffrey L Kodroff  
William G. Caldes  
John A. Macoretta  
**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**  
1818 Market Street, Suite 2500  
Philadelphia, PA 19103  
T:  (215) 496-0300  
F:  (215) 496-6611  
jkodroff@srkw-law.com  
bcaldes@srkw-law.com  
jmacoretta@srkw-law.com  

Peter J. Mougey (FL #0191825)  
**LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.**  
316 S. Baylen Street, Suite 600  
Pensacola, FL 32502  
T: (850) 435-7000  
F: (850) 435-7020  
pmougey@levinlaw.com  

Jonathan D. Karmel  
**KARMEL LAW FIRM**  
221 N. LaSalle Street, Suite 1307  
Chicago, IL 60601  
T: (312) 641-2910  
jon@karmellawfirm.com  

Karen Hanson Riebel  
Heidi M. Silton  
**LOCKRIDGE GRINDAL NAUEN PLLP**  
100 Washington Avenue South, Suite 2200  
Minneapolis, MN 55401  
T:  (612) 339-6900  
F:  (612) 339-0981  
khriebel@locklaw.com  

3

hmsilton@locklaw.com

William H. London
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
T:  (224) 632-4500
F:  (224) 632-4521
blondon@fklmlaw.com

*Attorneys for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2017, a true copy of the foregoing document was served on all counsel of record by electronically filing the document with the Court's CM/ECF system.

*/s/ Nathaniel L. Orenstein*
Nathaniel L. Orenstein