UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ASACOL ANTITRUST LITIGATION<br><br>This Document Relates To:<br>All End-Payor Actions | Civil Action No. 1:15-cv-12730 (DJC) |

## JOINT STATUS REPORT

Pursuant to the Court's January 26, 2018 Order (D. 729), the parties submit this Joint Status Report.

On October 15, 2018, the First Circuit issued a decision reversing the decision of the district court granting class certification, and remanding for further proceedings in accord with its opinion. *In re Asacol Antitrust Litig.*, 907 F.3d 42 (1st Cir. 2018). On November 13, 2018, Plaintiffs filed a petition for rehearing or rehearing *en banc*, which remains pending.

The parties will continue to provide monthly status reports and will inform the Court as soon as the appeals process is complete.

Dated:  December 28, 2018

Respectfully submitted,

*/s/ Nathaniel L. Orenstein*
Nathaniel L. Orenstein (BBO #664513)
**BERMAN TABACCO**
One Liberty Square
Boston, MA  02109
T: (617) 542-8300
F: (617) 542-1194
norenstein@bermantabacco.com

Todd A. Seaver (BBO #645874)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA  94104
T: (415) 433-3200
F: (415) 433-6382
tseaver@bermantabacco.com

*Liaison Counsel for the End-Payor Class*

Tyler W. Hudson
Eric D. Barton
David Barclay
**WAGSTAFF & CARTMELL, LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO  64112
T: (816) 701-1100
F: (816) 531-2372
thudson@wagstaffcartmell.com
ebarton@wagstaffcartmell.com
dbarclay@wagstaffcartmell.com

Kenneth A. Wexler
Justin N. Boley
Tyler J. Story
**WEXLER WALLACE LLP**
55 W. Monroe Street, Suite 3300
Chicago, IL  60603
T: (312) 346-2222
F: (312) 346-0022
kaw@wexlerwallace.com
jnb@wexlerwallace.com
tjs@wexlerwallace.com

*Interim Co-Lead Counsel for the End-Payor Class*

Daniel E. Gustafson
Karla M. Gluek
Michelle J. Looby
Joshua J. Rissman
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN  55402
T: (612) 333-8844
F: (612) 339-6622
dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

Jeffrey L Kodroff
William G. Caldes
John A. Macoretta
**SPECTOR ROSEMAN KODROFF
& WILLIS, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA  19103

T: (215) 496-0300
F: (215) 496-6611
jkodroff@srkw-law.com
bcaldes@srkw-law.com
jmacoretta@srkw-law.com

Peter J. Mougey (FL #0191825)
**LEVIN, PAPANTONIO, THOMAS,**
**MITCHELL, RAFFERTY & PROCTOR, P.A.**
316 S. Baylen Street, Suite 600
Pensacola, FL  32502
T: (850) 435-7000
F: (850) 435-7020
pmougey@levinlaw.com

Jonathan D. Karmel
**KARMEL LAW FIRM**
221 N. LaSalle Street, Suite 1307
Chicago, IL  60601
T: (312) 641-2910
jon@karmellawfirm.com

Karen Hanson Riebel
Heidi M. Silton
Devona L. Wells
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401
T: (612) 339-6900
F: (612) 339-0981
khriebel@locklaw.com
hmsilton@locklaw.com
dlwells@locklaw.com

William H. London
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL  60015
T: (224) 632-4500
F: (224) 632-4521
blondon@fklmlaw.com

*(Continued)*

3

*Attorneys for Plaintiffs and the Class*

/s/ Alison Hanstead
Alison Hanstead (PHV)
Michael J. Gallagher (PHV)
Jack E. Pace III (PHV)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY  10020
T: (212) 819-8200
F: (202) 354-8113
ahanstead@whitecase.com
mgallagher@whitecase.com
jpace@whitecase.com

J. Mark Gidley (PHV)
Peter J. Carney (PHV)
Noah Brumfield (PHV)
Dana Foster (PHV)
Matthew S. Leddicotte (PHV)
**WHITE & CASE LLP**
701 Thirteenth Street, NW
Washington, DC 20005
T: (202) 626-3600
F: (202) 639-9355
mgidley@whitecase.com
pcarney@whitecase.com
ecole@whitecase.com
nbrumfield@whitecase.com
defoster@whitecase.com
mleddicotte@whitecase.com

Kate Dyson (BBO # 679106)
Kevin C. Adam (BBO # 684955)
**WHITE & CASE LLP**
75 State Street, Floor 24
Boston, MA  02109
T: (617) 979-9300
F: (617) 979-9301
kate.dyson@whitecase.com
kevin.adam@whitecase.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I, Nathaniel L. Orenstein, hereby certify that this document was filed on December 28, 2018, using the Court's CM/ECF filing system, thereby sending notice of the filing to all counsel of record for this matter.

*/s/ Nathaniel L. Orenstein*
Nathaniel L. Orenstein