UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ASACOL ANTITRUST LITIGATION<br><br>This Document Relates To:<br>All End-Payor Actions | Civil Action No. 1:15-cv-12730 (DJC) |

**STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS ON BEHALF OF**
**PLAINTIFF TEAMSTERS UNION 25 HEALTH SERVICES & INSURANCE PLAN**

All parties hereby stipulate to the voluntary dismissal of all claims by Plaintiff Teamsters Union 25 Health Services & Insurance Plan in the above action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This voluntary dismissal does not affect the claims of Plaintiffs NECA-IBEW Welfare Trust Fund, Wisconsin Masons' Health Care Fund, and Minnesota Laborers Health and Welfare Fund, on behalf of themselves and those they seek to represent, other than Plaintiff Teamsters Union 25 Health Services & Insurance Plan.

IT IS SO STIPULATED:

| | |
|---|---|
| /s/ Dana E. Foster<br>J. Mark Gidley (PHV)<br>Peter J. Carney (PHV)<br>Dana E. Foster (PHV)<br>Matthew S. Leddicotte (PHV)<br>A. Lee Czocher (PHV)<br>**WHITE & CASE LLP**<br>701 Thirteenth Street, NW<br>Washington, DC 20005<br>Tel: 202-626-3600<br>Fax: 202-639-9355<br>mgidley@whitecase.com<br>pcarney@whitecase.com<br>defoster@whitecase.com<br>lee.czocher@whitecase.com | /s/ Nathaniel L. Orenstein<br>Nathaniel L. Orenstein (BBO #664513)<br>**BERMAN TABACCO**<br>One Liberty Square<br>Boston, MA 02109<br>Tel: 617-542-8300<br>Fax: 617-542-1194<br>norenstein@bermantabacco.com |

*(Continued)*

Alison Hanstead (PHV)
Michael J. Gallagher (PHV)
Jack E. Pace III (PHV)
**WHITE & CASE LLP**
1220 Avenue of the Americas
New York, NY 10020
Tel: 212-819-8200
Fax: 212-354-8113
ahanstead@whitecase.com
mgallagher@whitecase.com
jpace@whitecase.com

Kate Dyson (BBO # 679106)
Kevin C. Adam (BBO # 684955)
**WHITE & CASE LLP**
75 State Street, Floor 24
Boston, MA 02109
Tel: 617-979-9300
Fax: 617-979-9301
kate.dyson@whitecase.com
kevin.adam@whitecase.com

*Counsel for Defendants*

Todd A. Seaver (BBO #645874)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: 415-433-3200
Fax: 415-433-6382
tseaver@bermantabacco.com

*Liaison Counsel for the End-Payor Plaintiffs*

Tyler W. Hudson
Eric D. Barton
**WAGSTAFF & CARTMELL, LLP**
4740 Grand Avenue, Ste. 300
Kansas City, MO 64112
Tel: 816-701-1100
Fax: 816-531-2372
thudson@wagstaffcartmell.com
ebarton@wagstaffcartmell.com

Kenneth A. Wexler
Justin N. Boley
Adam Prom
**WEXLER WALLACE LLP**
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Tel: 312-346-2222
kaw@wexlerwallace.com
jnb@wexlerwallace.com
ap@wexlerwallace.com

*Interim Co-Lead Counsel for the End-Payor Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I, Nathaniel Orenstein, hereby certify that on June 4, 2019, a true and correct copy of the foregoing Stipulation of Voluntary Dismissal was electronically filed with the Clerk's Office of the U.S. District Court of Massachusetts via CM/ECF.

Dated:  June 4, 2019                                /s/ Nathaniel L. Orenstein
                                                                      Nathaniel L. Orenstein