UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ASACOL ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All End-Payor Actions | Civil Action No. 1:15-cv-12730 (DJC) |

## JUDGMENT

Pursuant to Plaintiff's Acceptance of Defendants' Rule 68 Offer of Judgment filed with the Court on August 2, 2019 (ECF No. 814-1), judgment is hereby entered for Plaintiff NECA-IBEW Welfare Trust Fund and against Defendants as set forth in the accepted offer of judgment (ECF No. 814).

**SO ORDERED.**

Dated: August 29, 2019

_____
Denise J. Casper
United States District Judge
U.S. District Court for the District of Massachusetts